**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,  :  No. 46 MM 2023
:
Respondent  :
:
:
v.  :
:
:
PURNELL RUDOLPH NELSON,  :
:
Petitioner  :


## ORDER


**PER CURIAM**

    **AND NOW**, this 5th day of September, 2023, the Motion for Appointment of Counsel is DENIED. Petitioner is ALLOTTED 15 days in which to submit a perfected Petition for Allowance of Appeal. No extensions will be permitted absent extraordinary circumstances.